## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ISAAC RUSSELL,
ADC #132326                                                                                          PLAINTIFF

v.                                          5:11-cv-00159-SWW-JTK

CORRECTIONAL MEDICAL
SERVICE, INC., et al.                                                                             DEFENDANTS

### ORDER

By Order dated July 7, 2011 (Doc. No. 3), this Court granted Plaintiff's Motion to Proceed in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. However, finding Plaintiff's Complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or states a legitimate claim, the Court directed him to submit an Amended Complaint within thirty days. The Court also cautioned Plaintiff that an Amended Complaint would render the Original Complaint without legal effect, and would take the place of his Original Complaint. Plaintiff has now submitted an Amended Complaint (Doc. No. 7). Having reviewed the Amended Complaint, it now appears to the Court that service is appropriate for Defendants Correctional Medical Services, Richard Pritchard, Shirley Barnes (formerly identified as Shirley Banes), Wendy Kelly, Connie Hubbard, Rolland Anderson, and Robert Ware. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendants Correctional Medical Services, Richard Pritchard, Shirley Barnes, Wendy Kelly, Connie Hubbard, Rolland Anderson, and Robert Ware. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is hereby directed to serve a copy of the Amended Complaint (Doc. No. 7) and summons on Defendant Kelly in care of the Arkansas Board of Correction and Community

Punishment Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612-0550, without prepayment of fees and costs or security therefore.  The United States Marshall is directed to serve a copy of the Amended Complaint (Doc. No. 7) and summons on the Defendants Correctional Medical Services, Richard Pritchard, Shirley Barnes, Connie Hubbard, Rolland Anderson, and Robert Ware, in care of Humphries and Lewis Law Firm, P.O. Box 20670, White Hall, AR 71612, without prepayment of fees and costs or security therefore.

The Clerk is directed to correct the name of Defendant Shirley Barnes.

IT IS FURTHER ORDERED that Plaintiff's Motion to Appoint Counsel (Doc. No. 6) is DENIED without prejudice at this time.

IT IS SO ORDERED this 29th day of July, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE