**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ISAAC RUSSELL,
ADC #132326                                                                                          PLAINTIFF

v.                                        5:11-cv-00159-SWW-JTK

CORRECTIONAL MEDICAL
SERVICE, INC., et al.                                                                          DEFENDANTS

## ORDER

Plaintiff, a state inmate confined at the Randall Williams Correctional Facility of the Arkansas Department of Correction (ADC), filed this pro se 42 U.S.C. § 1983 action, alleging deliberate indifference to his serious medical needs in violation of his Eighth Amendment rights. By Order dated July 7, 2011 (Doc. No. 3), this Court granted Plaintiff's Motion to Proceed in forma pauperis in this lawsuit. However, finding Plaintiff's complaint too vague and conclusory to enable the Court to determine whether it was frivolous, malicious, or failed to state a claim, the Court directed Plaintiff to amend his complaint. Plaintiff filed an Amended Complaint (Doc. No. 7).

In the July 7, 2011 Order directing Plaintiff to amend, the Court noted that he named two different "Dr. Andersons" as Defendants, and directed him to further identify them by their first names (Doc. No. 3). In his Amended Complaint, he identifies the correct Dr. Anderson as Dr. Rolland Anderson (Doc. No. 7). Therefore, the other two "Dr. Andersons" initially named as Defendants – Dr. Anderson and Dr. Richard Anderson – should be dismissed from his Complaint. In addition, Plaintiff corrects the name of Dr. Ware in his Amended Complaint to Dr. Robert Ware. Therefore, Dr. David Ware also should be dismissed from his Complaint.

IT IS, THEREFORE, ORDERED that Dr. Anderson, Dr. Richard Anderson, and Dr. David Ware are DISMISSED from Plaintiff's Complaint:

1

IT IS SO ORDERED this 1st day of August 2011.

                                                                  /s/Susan Webber Wright
                                                                  UNITED STATES DISTRICT JUDGE