**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ISAAC RUSSELL,
ADC #132326                                                                                                    PLAINTIFF

V.                                               5:11-cv-00159-SWW-JTK

CORRECTIONAL MEDICAL
SERVICES, et al.                                                                                          DEFENDANTS

## INITIAL SCHEDULING ORDER

Defendants have filed their Answer to Plaintiff's Complaint. The Court will give the parties six months to *complete* discovery and seven months (30 days after the close of discovery) to file any dispositive motions.[1]

IT IS THEREFORE ORDERED that the parties shall complete discovery on or before **March 7, 2012,** and file any dispositive motions on or before **April 7, 2012.**

Dated this 9th day of September, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] This means that the parties must send their final discovery requests to the opposing side so that they have the full amount of time, as provided by the Federal Rules of Civil Procedure, to respond before the discovery deadline expires. For instance, Fed. R. Civ. P. 33(b)(2) states that a party has 30 days to respond to interrogatories. Thus, the parties must send their final interrogatories to the opposing side *at least* 30 days before the expiration of the discovery deadline