IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ISAAC RUSSELL,
ADC #132326                                                                                          PLAINTIFF

v.                                         5:11-cv-00159-SWW-JTK

WENDY KELLEY, et al.                                                                      DEFENDANTS

## ORDER

Defendant Kelley's Motion to Stay Discovery (Doc. No. 43), pending resolution of her Motion to Dismiss, is GRANTED. Should Defendant's Motion to Dismiss be denied, her responses to Plaintiff's discovery requests shall be filed within thirty days of the date of the Order denying her Motion.

IT IS SO ORDERED this 5th day of October, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE