## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ISAAC RUSSELL,
ADC #132326                                                                                        PLAINTIFF

5:11-cv-00159-SWW-JTK

CORRECTIONAL MEDICAL SERVICES, INC., et al.                         DEFENDANTS

### ORDER

This matter is before the Court on Defendants' Motions for Order Revoking Plaintiff's In Forma Pauperis Status and to Stay Discovery (Doc. Nos. 50, 52), and on Plaintiff's Motion to Alter Order, which is a Motion to direct Defendants to respond to his discovery requests (Doc. No. 48).

In support of their Motions, Defendants state Plaintiff has had three complaints dismissed as strikes pursuant to the Prison Litigation Reform Act (PLRA) and does not qualify for an exception to that rule. Defendants ask the Court to dismiss Plaintiff's Complaint unless he pays the district court filing fee. Defendants also ask the Court to deny Plaintiff's Motion to Alter Order (Doc. No. 48), and to stay discovery pending a disposition of the Motion to Revoke. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion to Alter Order (Doc. No. 48) is DENIED.

IT IS FURTHER ORDERED that Defendants' Motion to Stay Discovery (Doc. No. 52) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff shall file a Response to Defendants' Motion for Order Revoking Plaintiff's In Forma Pauperis Status within ten days of the date of this Order. Failure to respond shall result in the dismissal without prejudice of Plaintiff's Complaint, for failure to prosecute. See Local Rule 5.5(c)(2).

1

IT IS SO ORDERED this 4th day of November, 2011.

                                              JEROME T. KEARNEY
                                              UNITED STATES MAGISTRATE JUDGE