**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ISAAC RUSSELL,
ADC #132326                                                                                                          PLAINTIFF

v.                                   5:11-cv-00159-SWW-JTK

CORRECTIONAL MEDICAL
SERVICES, et al.                                                                                                  DEFENDANTS

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Defendant Robert Ware be DISMISSED from this action with prejudice.

2. Richard Pritchard be DISMISSED from this action without prejudice.

3. Defendant David Ware is re-instated as a Defendant on the docket report.

4. Defendant Kelley's Motion to Dismiss (Doc. No. 26) is GRANTED, based on Plaintiff's failure to prosecute his action against her; defendant Kelley is dismissed from this action without prejudice.

4. The Medical Defendants' Motion for Order Revoking Plaintiff's In Forma Pauperis status (Doc. No. 50) is DENIED.

IT IS SO ORDERED this 15th day of December 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE