**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ISAAC RUSSELL,                                                                                          PLAINTIFF
ADC #132326

v.                                                  5:11-cv-00159-SWW-JTK

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                                            DEFENDANTS

## ORDER

Plaintiff's Motion to Compel (Doc. No. 47) should be re-docketed as a Notice to the Court.

IT IS SO ORDERED this 20th day of December, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE