IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ISAAC RUSSELL,**                                                                                   **PLAINTIFF**
**ADC #132326**

v.                              5:11-cv-00159-KGB-JTK

**CORRECTIONAL MEDICAL**
**SERVICES, INC., ET AL.**                                                                          **DEFENDANTS**

<u>ORDER</u>

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion for Summary Judgment (Doc. No. 76) is GRANTED.

IT IS SO ORDERED this 20 day of August, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE