IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ISAAC RUSSELL,
ADC #132326                                                                                          PLAINTIFF

v.                                      5:11-cv-00159-KGB-JTK

CORRECTIONAL MEDICAL
SERVICES, INC., et al.                                                                        DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 20 day of August, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE